# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2536
_____

LOUIS S. ROBERTS, III, in his
official capacity as Sheriff of
Jackson County, Florida,

    Appellant,

    v.

MILES DAVID WHIDDON,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

July 25, 2018

PER CURIAM.

    DISMISSED. *Florida Highway Patrol v. Jackson,* 238 So. 3d 430 (Fla. 1st DCA 2018).

WOLF, LEWIS, and RAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Matthew J. Carson, Glenn W. Rininger III and Jason Vail of Jolly, Peterson & Truckenbrod, P.A., Tallahassee, for Appellant.

Will Haselden of William M. Haselden, PA, Tallahassee, for Appellee.